IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY

| | |
|---|---|
| MARY PAT JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 2016-CV22915 |
| CITY OF BLUE SPRINGS, MISSOURI, et al., | ) ) ) |
| Defendants. | ) ) |

**NOTICE OF REMOVAL TO FEDERAL COURT**

To:        Clerk of the Circuit Court
Jackson County Courthouse
415 E 12th St.
Kansas City, MO 64106

and

Andrew Protzman
Benjamin Stelter-Embry
Protzman Law Firm, LLC
1100 Main St., Ste. 2430
Kansas City, MO 64105
*Attorneys for Plaintiff*

You are hereby notified that the above-captioned action has been removed from the Circuit Court of Jackson County, Missouri to the United States District Court for the Western District of Missouri on the 1st of December, 2020.

A copy of the Notice of Removal filed in the United States District Court for the Western District of Missouri is attached hereto as Exhibit 1 pursuant to 28 U.S.C. § 1446(d).

**EXHIBIT 1**

{O0358832}　　　　　　　　　　　　　　　　1
Case 4:20-cv-00949-FJG   Document 1-1   Filed 12/01/20   Page 1 of 2

Respectfully submitted,

FISHER, PATTERSON, SAYLER & SMITH, LLP


  /s/ David S. Baker
David S. Baker    #30347
9393 W. 110th Street, Suite 300
Building 51, Corporate Woods
Overland Park, KS 66210
(913) 339-6757;  Fax: (913) 339-6187
DBaker@fpsslaw.com
*Attorneys for Defendants City of Blue Springs, Missouri and Muenz*